## NOLAN *v.* NOLAN.

DEEDS—CANCELLATION—EVIDENCE.

The finding of the circuit judge that defendant's deed to certain premises was valid, and not a forgery, as claimed by the bill, being sustained by the evidence, a decree for the defendant was affirmed.

Appeal from Delta; Stone, J. Submitted June 6, 1900. Decided September 13, 1900.

Bill by James Nolan, Jr., and John Nolan against James Nolan, Sr., to remove a cloud from title. From

a decree dismissing the bill, complainants appeal. Affirmed.

*John Power*, for complainants.

*George Gallup* and *John Cummiskey*, for defendant.

HOOKER, J.  The defendant occupies lands which he claims to own by virtue of a quitclaim deed from his deceased wife, dated in 1875, a week after she had executed a life lease of the premises to him.  The deed was not recorded until 1898, and is alleged to be a forgery by the complainants, sons of defendant, who file this bill to remove the cloud from their alleged title.

The question before us is one of fact merely, and we are not satisfied that the learned circuit judge erred in his conclusions.  The decree must therefore be affirmed, with costs.

The other Justices concurred.